# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG PITCHFORD,<br><br>        Petitioner,<br><br>        v.<br><br>HILL, Warden,<br><br>        Respondent. | Case No. CV 13-2095 DMG (JCG)<br><br>**ORDER (1) CONSTRUING PETITION FOR WRIT OF HABEAS CORPUS AS NOTICE OF APPEAL; AND (2) CLOSING THIS ACTION** |

On March 22, 2013, petitioner Craig Pitchford ("Petitioner"), a California prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition") challenging the conditions of his parole. (Pet. at 2.) Petitioner appears to challenge the same parole conditions that he challenged in a 2013 habeas petition filed in the Central District Case No. ED CV 13-0353 DMG (JCG). On March 15, 2013, the Court summarily dismissed that petition for failure to exhaust state court remedies. A copy of the summary dismissal order is attached as Exhibit A.

From the face of the Petition, however, it appears that Petitioner intended to instead file a notice of appeal in the Ninth Circuit Court of Appeals. In particular, the Petition's caption is directed to the "Ninth Circuit Court of Appeals, U.S. Court of Appeals Building." Thus, and in the interests of justice and efficiency, the Court hereby construes the Petition as a notice of appeal to the Ninth Circuit Court of

Appeals in Central District Case No. ED CV 13-0353 DMG (JCG).  The Court also orders this action be closed.

Accordingly, for the foregoing reasons, **IT IS ORDERED** that:

(1) the Clerk of Court shall construe the Petition as a notice of appeal in Central District Case No. ED CV 13-0353 DMG (JCG);

(2) the Clerk of Court shall file this Order in this action *and* in Central District Case No. ED CV 13-0353 DMG (JCG); and

(3) The Clerk of Court shall close this action.

DATED:  April 11, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE